**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
HOUSTON, TX
LOS ANGELES, CA
SAN DIEGO, CA
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

ANDREA L. CALVARUSO
DIRECT LINE: (212) 808-7853
EMAIL: acalvaruso@kelleydrye.com

June 25, 2019

**BY ECF**
The Honorable Kevin N. Fox
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Steven Madden, Ltd. v. Jasmin Larian LLC d/b/a Cult Gaia*, No. 18-cv-2043

Dear Judge Fox:

  We represent Defendant and Counterclaim Plaintiff Jasmin Larian, LLC d/b/a Cult Gaia ("Cult Gaia") in the above-referenced matter. The Court has ordered that the parties appear on July 1, 2019 at 3 p.m. for a telephonic conference (Dk 120) in connection with the issues raised in Defendant's June 10, 2019 Letter (DK 112), including Plaintiff's June 14 response (DK 113) and the parties' joint letter dated June 21, 2019 (Dk. 119).

  Lead counsel for Cult Gaia will be traveling in Europe from June 30-July 13 and therefore will not be in the country on the original date of the conference: July 1, 2019. Therefore, counsel for Cult Gaia respectfully requests that the Court hold the conference this week, on June 27 or 28, or alternatively, on a date after July 15, so that lead counsel may participate in the conference. This is the first request for an adjournment or extension of this conference. Cult Gaia's original request for this conference was made via its letter dated June 10. Counsel for Plaintiff Steve Madden Ltd. consents to holding the conference on June 27 or on June 28 before 3 p.m.

         Respectfully submitted,

         KELLEY DRYE & WARREN LLP

         */s/ Andrea L. Calvaruso*

Cc: All counsel of record via ECF

4846-9195-5354v.1